IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC**, | 1:15-cv-01943-AWI-SKO |
| Plaintiff, | **SECOND ORDER RELATING AND REASSIGNING CASES** |
| v. | |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.255.92.230**, | |
| Defendant. | |

On February 18, 2016, Malibu Media, LLC, ("Malibu Media") filed eight additional cases with the Fresno Division of the United States District Court for the Eastern District of California. A review of those newly-filed actions reveals that they are related under Eastern District Local Rule 123 to the above enumerated action. All of those actions appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort. See Local Rule 123(a)(3). Because the undersigned is assigned the lowest numbered related case, all of the below listed cases will be reassigned to the dockets of Senior District Judge Anthony Ishii and referred to Magistrate Judge Sheila K. Oberto. The following actions will be reassigned accordingly: *Malibu Media, LLC v. John Doe subscriber assigned IP address 71.195.167.79*, case no. 16-cv-222-AWI-BAM; *Malibu Media, LLC v. John Doe subscriber assigned IP address 73.220.88.40*, case no. 16-cv-224-AWI-EPG; *Malibu Media, LLC v. John Doe subscriber assigned IP address 67.182.34.116*, case no. 16-cv-225-

1

LJO-SAB; *Malibu Media, LLC v. John Doe subscriber assigned IP address 67.182.56.20*, case no. 16-cv-226-DAD-SKO; *Malibu Media, LLC v. John Doe subscriber assigned IP address 67.181.147.178*, case no. 16-cv-227-LJO-SAB; *Malibu Media, LLC v. John Doe subscriber assigned IP address 76.127.103.92*, case no. 16-cv-228-LJO-SMS; *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.192.183.95*, case no. 16-cv-229-AWI-SAB; and *Malibu Media, LLC v. John Doe subscriber assigned IP address 50.245.166.129*, case no. 16-cv-231-LJO-SAB.

Accordingly, IT IS HEREBY ORDERED that:

1. Case numbers 16-cv-222-AWI-BAM, 16-cv-224-AWI-EPG, 16-cv-225-LJO-SAB, 16-cv-226-DAD-SKO, 16-cv-227-LJO-SAB, 16-cv-228-LJO-SMS, 16-cv-229-AWI-SAB, 16-cv-231-LJO-SAB are REASSIGNED from their respective dockets to the docket of Senior District Judge Anthony W. Ishii and REFERRED to Magistrate Judge Sheila K. Oberto;

2. The lead case number in this matter, which plaintiff shall use to relate all future related filings, is: 1:15-cv-01943-AWI-SKO.

IT IS SO ORDERED.

Dated:   February 19, 2016                                   _____
                                                             SENIOR DISTRICT JUDGE