**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MALIBU MEDIA, LLC**, | 1:15-cv-01943-AWI-SKO |
| Plaintiff,<br>v. | **THIRD ORDER RELATING AND REASSIGNING CASES** |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.255.92.230**, | |
| Defendant. | |

On March 31, 2016, Malibu Media, LLC, ("Malibu") filed two additional cases with the Fresno Division of the United States District Court for the Eastern District of California. A review of those newly-filed actions reveals that they are related under Eastern District Local Rule 123 to the above enumerated action. Both of those actions appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort. See Local Rule 123(a)(3). Because the undersigned is assigned the lowest numbered related case, all of the below listed cases will be reassigned to the dockets of Senior District Judge Anthony Ishii and referred to Magistrate Judge Sheila K. Oberto. The following actions will be reassigned: *Malibu Media, LLC v. John Doe subscriber assigned IP address 50.173.107.113*, case no. 1:16-cv-00442-DAD-SAB; and *Malibu Media, LLC v. John Doe subscriber assigned IP address 98.252.66.20*, case no. 1:16-cv-443-DAD-BAM.

Malibu failed to file a Notice of Related Cases in either of the cases that it filed with this Court on March 30, 2016. In failing to do so, Malibu has failed to comply with Local Rules for a second time. *See* Doc. 4 (citing E.D. Cal. Local Rule 123(b)). The Court previously warned that failure to comply with Local Rules could result in sanction. *Id*. (citing E.D. Cal. Local Rule 110). Plaintiff is now warned for a second time and final time. Any subsequent failure to file a Notice of Related Cases when filing with this Division a new case that requires such notice *will* result in monetary sanction.

Accordingly, IT IS HEREBY ORDERED that:

1. Case numbers 1:16-cv-00442-DAD-SAB and 1:16-cv-443-DAD-BAM are REASSIGNED from their respective dockets to the docket of Senior District Judge Anthony W. Ishii and REFERRED to Magistrate Judge Sheila K. Oberto;
2. The lead case number in this matter, which plaintiff shall use to relate all future related filings, is: 1:15-cv-01943-AWI-SKO.

IT IS SO ORDERED.

Dated:   April 1, 2016

SENIOR DISTRICT JUDGE